IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| RENE GUTIERREZ and JOHN GUTIERREZ | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.  08-0285-CV-W-FJG |
| | ) |
| STATE LINE NISSAN, INC., | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |

**JUDGMENT IN A CIVIL CASE**

☐      Jury Verdict.  This action came before the Court for a trial by jury.


☒      Decision by Court.  The issues have been considered and a decision has been
       rendered by the court.

Based upon the Court's approval of the Settlement Agreement, all individual and

class claims asserted against Defendant within this lawsuit are dismissed with prejudice

and a final judgment will be entered accordingly.

Accordingly, it is hereby ORDERED that the Plaintiffs' Motion for Final Approval of

Class Action Settlement is **GRANTED** (Doc. # 50).

                                        AT THE DIRECTION OF THE COURT

Dated: 7/1/2010                         ANN THOMPSON
                                        Court Executive

                                         /s/Joella Baldwin
                                        By: Deputy Clerk